# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Margaret Cowan, | CV 23-00327-TUC-JAS |
| Plaintiff, | |
| vs. | ORDER |
| Board of Immigration Appeal, et al., | |
| Defendants. | |

This Court, having considered Defendant's Motion for Voluntary Remand, and good cause appearing,

IT IS ORDERED that the motion is granted;

IT IS FURTHER ORDERED that the Board of Immigration Appeals' decision in this matter, *In re Mary M. Cowan*, D2017-0363 (B.I.A., July 7, 2023), is remanded to the agency for further administrative proceedings; and

IT IS FURTHER ORDERED that the above-captioned matter is dismissed without prejudice, each party to bear their own cost and attorneys' fees.