# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Margaret Cowan,<br>　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>Board of Immigration Appeal, et al.,<br>　　　　　　Defendants. | CV 23-00327-TUC-JAS<br><br>**DECLARATION OF JILL ANDERSON** |

I, JILL ANDERSON, do declare and state the following:

1. I serve as the General Counsel of the Executive Office for Immigration Review ("EOIR"). In this capacity, I manage the Office of the General Counsel ("OGC") and provide legal counsel on matters pertaining to the Immigration and Nationality Act and other laws and procedures as they relate to EOIR, among other duties. I have served in this position since December of 2019.

2. As General Counsel, I am also responsible for the management and oversight of EOIR's Attorney Discipline Program, which investigates complaints involving alleged misconduct by practitioners (as defined at 8 C.F.R. § 1001.1 (ff)) before EOIR's Immigration Courts and the Board of Immigration Appeals ("BIA") to determine whether practitioners have engaged in criminal, unethical, or unprofessional conduct.

3. The Attorney Discipline Program is headed by Disciplinary Counsel Paul Rodrigues. The Attorney Discipline Program and Mr. Rodrigues are under my supervision.

4. As General Counsel, I am aware that Ms. Cowan was the subject of a Disciplinary Counsel investigation, that she was subsequently placed in formal disciplinary proceedings before an EOIR Adjudicating Official, that the BIA issued an amended decision on July 7, 2023, suspending Ms. Cowan for a period of two

years from practicing before EOIR and the Department of Homeland Security ("DHS"), and that Ms. Cowan filed a complaint in the District of Arizona challenging the BIA's decision. Though I was not and am not directly involved in Ms. Cowan's disciplinary proceedings or her current federal court litigation, I have received regular updates and reports on these matters from Disciplinary Counsel Rodrigues and from Associate General Counsel Casey Martinez, who was assigned to handle Ms. Cowan's District Court litigation on behalf of EOIR OGC.

5. On January 18, 2024, I learned that there were issues with the Certified Administrative Record ("CAR"), as described in the contemporaneously filed Declaration of Disciplinary Counsel Rodrigues.

6. In the interest of justice and in furtherance of obligations of candor, the BIA should be made aware of the manner in which the record on appeal was created, the missing records, and the attorney work-product issues, as described in the Declaration of Mr. Rodrigues. The BIA should have the opportunity to add the missing documents to the record of proceedings and determine the impact, if any, of these record issues on its decision. Ms. Cowan and Disciplinary Counsel Rodrigues may also file any other motions and seek any additional relief they believe is afforded under the laws and regulations.

7. OGC intends to follow whatever steps the BIA deems necessary to address the prior record of proceedings in Ms. Cowan's appeal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on information provided to me and to the best of my knowledge.

Executed this 28th day of February, 2024.

JILL ANDERSON
Digitally signed by JILL ANDERSON
Date: 2024.02.28 13:33:00 -05'00'

Jill Anderson
General Counsel
Executive Office for Immigration Review

2