WILLIAM G. WALKER, P.C.
1316 E. Broadway Blvd.
Tucson, AZ 85719
William G. Walker SBN 005361
wgwpc@aol.com
assistant@wgwatty.com
Telephone:  (520) 622-3330
*Attorney for Plaintiffs*

IN THE DISTRICT COURT FOR THE STATE OF ARIZONA,
DISTRICT OF TUCSON

| | |
|---|---|
| Mary Margaret Cowan, | CASE NO.: 4:23-cv-00327-JAS |
| | BIA Disciplinary No. D2017-0360 |
| Plaintiff, | |
| | Stipulation to Extend Time to File |
| Vs. | Plaintiff's Reply in Support of Motion |
| | to Delay Imposition of Sanctions |
| Board of Immigration Appeals, *et.al.*, | |
| | |
| Defendants. | Assigned to: James A. Soto |

    Parties, by and through counsel undersigned, do hereby stipulate and agree that Plaintiff shall be allowed one additional week in which to file her Reply in Support of Motion to Delay Imposition of Sanctions. Plaintiff has reached out to Defense counsel who does not oppose this request.

    Therefore, Plaintiff's time for filing her Reply in Support shall be extended from Monday, April 8, 2024 to Monday, April 15, 2024.

    DATED this 8th day of April, 2024.

1

WILLIAM G. WALKER, P.C.

/s/ William G. Walker
William G. Walker
Attorney for Plaintiff

U.S. ATTORNEY, DISTRICT OF ARIZONA

/s/ Kaitlin S. Hollywood
Kaitlin S. Hollywood
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants.

Gary M. Restaino
Kaitlin S. Hollywood
United States Attorney's Office
District of Arizona
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040
Attorneys for Merrick Garland
In his official capacity as United States Attorney General

By: /s/ *Lauren A. Bryant*