WILLIAM G. WALKER, P.C.
William G. Walker, SBN 0005361
1316 E. Broadway Blvd.
Tucson, AZ 85719
(520) 622-3330
wgwpc@wgwatty.com
Firm email: assistant@wgwatty.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARY MARGARET COWAN,<br><br>PLAINTIFF,<br><br>V.<br><br>BOARD OF IMMIGRATION APPEALS, ET. AL.,<br><br>DEFENDANTS, | NO. CV-23-00327-TUC-JAS<br><br>MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD FOR MARY MARGARET COWAN WITH PERMISSION AND PROPOSED ORDER |

William G. Walker, Esq. hereby moves to withdraw as counsel for Plaintiff, Mary Margaret Cowan in this case with permission. Attorney avows that he has communicated with his client all post and oncoming activities in this case. Although a Notice of Appeal has been filed in this case, there is no completion of the record, detailed schedule of activities, including for filing an opening brief or other matters in the case.

The client's consent to withdraw is attached hereto.

WHEREFORE, Plaintiff moves this Court to remove William G. Walker, Esq., as attorney of record in all the matters.

WITHDRAWAL OF ATTORNEY OF RECORD FOR MARY MARGARET COWAN WITH PERMISSION 1

Respectfully submitted this 7th day of October, 2024.

                WILLIAM G. WALKER P.C.

                _____
                William G. Walker
                Attorney for Respondent

### PROPOSED ORDER

Upon Motion of Counsel and the approval of his client, counsel's withdrawal of counsel of record in this case is granted.

DATED: _____

                _____
                Honorable James A. Soto
                United Staes District Court

## CERTIFICATE OF SERVICE

I hereby certify that on, the 7th day of October, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants.

Gary M. Restaino
Kaitlin S. Hollywood
United States Attorney's Office
District of Arizona
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040
Attorneys for Merrick Garland
In his official capacity as United States Attorney General

By: Yvonne Gomez

## CONSENT

I, Mary Margaret Cowan, do hereby agree and allow my attorney, William G. Walker, Esq., to withdraw as my attorney of record in all matters.

_____
Mary Margaret Cowan

I agree that Mr. Walker can withdraw at his pleasure.

Sept. 14, 2024