# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Margaret Cowan, | No. CV-23-00327-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Board of Immigration Appeals, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion captioned "Motion to Withdrawal as Attorney of Record for Mary Margaret Cowan with Permission and Proposed Order" (Doc. 55). The Motion was docketed, however, as a Motion to Allow Electronic Filing by a Person Appearing Without an Attorney. The Court will treat Doc. 55 as both a motion for withdrawal and a motion to allow Plaintiff Mary Margaret Cowan to file documents electronically.

**IT IS ORDERED** that the motion is **granted**. William Walker shall be removed as counsel of record and Mary Margaret Cowan shall be permitted to file documents electronically in this case.

Dated this 8th day of October, 2024.

Honorable James A. Soto
United States District Judge